

# Fourth Court of Appeals
## San Antonio, Texas

January 28, 2022

No. 04-21-00584-CV

**TITLE SOURCE, INC**., Reporters Committee for Freedom of the Press, and Houston Forward Times,
Appellants

v.

**HOUSECANARY, INC**., d/k/a Canary Analytics, Inc.,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI06300
Honorable David A. Canales, Judge Presiding

# O R D E R

On January 26, 2022, appellant filed (1) a Resident Attorney's Motion in Support of Motion for *Pro Hac Vice* Admission of Jeffrey B. Morganroth and (2) an Unopposed Motion for *Pro Hac Vice* Admission of Jeffrey B. Morganroth, each requesting this court allow Jeffrey B. Morganroth to appear *pro hac vice* to serve as appellate co-counsel for appellant. The motions are GRANTED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of January, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court